UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLY M. CUNNIGHAM, SR., SID No. 10456927,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, et al.,<br><br>Defendant(s). | Case No. 25-cv-09806-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Bradly M. Cunnigham, Sr., a prisoner in the custody of the Oregon Department of Corrections serving a life sentence from the Washington County Circuit Court, in Hillsboro, Oregon, has filed a pro se complaint under 42 U.S.C. § 1983 alleging various wrongdoing by the State of Oregon and Oregon state officials in connection with his conviction and custody.

A federal civil action may be brought in: (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.  28 U.S.C. § 1391(b).

Here, all the defendants reside, and a substantial part of the events or omissions giving rise to the claims occurred, in the State of Oregon, which constitutes one federal judicial district, the District of Oregon.  See id. § 117.  Venue for this action therefore properly lies in the United States District Court for the District of Oregon.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the District of Oregon.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: November 25, 2025

_____
SALLIE KIM
United States Magistrate Judge

2